UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

# CATEGORY SHEET

You must accompany your complaint with this Category Sheet, the Current Address Notice, and the Civil Cover Sheet (JS-44).

| NAME OF ATTORNEY | RUBEN T. NIGAGLIONI MIGNUCCI |
|---|---|
|  | (last name, first name, middle initial) |
| USDC-PR BAR NO. | 119901 |
| EMAIL ADDRESS: | notices@nf-legal.com; ruben@nf-legal.com |

1. Title (caption) of the Case (provide only the names of the first party on each side):

   Plaintiff: Douglas Ray Sanders

   Defendant: pipeliners of puerto Rico, Inc.

2. Indicate the category to which this case belongs:

   ☒ Ordinary Civil Case
   ☐ Social Security
   ☐ Banking
   ☐ Injunction

3. Indicate the title and number of related cases (if any).

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes
   ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes
   ☒ No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

   ☐ Yes
   ☒ No

| DATE SUBMITTED: | June 3, 2009 |
|---|---|

rev. Jan. 08