# United States District Court
## District of Puerto Rico

**CURRENT ADDRESS NOTICE**

You must accompany your complaint with this Current Address Notice, the Civil Cover Sheet (JS-44), and Category Sheet. Keeping the Court informed as to any changes in your address (office, mailing and email) and telephone and facsimile numbers is an ongoing responsibility.

**CHANGE OF ADDRESS FORM**
(Please print or type legibly)

Check this box if this represents a change

**Name of Attorney:** ☐
(last name, first name, middle initial)

**USDC-PR BAR NO.**

**Email Address:** ☐

**Office Address:** ☐
**Address2:** ☐
**Address3:** ☐
**Phone Number:** ☐
**Fax Number:** ☐
**Cellular Number:** ☐

**Mailing Address:** ☐
**Mailing Address2:** ☐
**Mailing Address3:** ☐

Date: _____    Signature: _____

(Rev. 4/17/08)