IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DOUGLAS RAY SANDERS, <br><br> Plaintiff(s), <br><br> PIPELINERS OF PUERTO RICO, INC. and ERICK J. RODRIGUEZ, <br><br> Defendant(s). | Civil No. 09-1498 (DRD) |

## JUDGMENT

For the reasons set forth in the *Joint Motion Requesting Voluntary Dismissal With Prejudice* (Docket No. 20) filed by the parties, and the *Order* entered on January 12, 2010 (Docket No. 21), this case is DISMISSED WITH PREJUDICE, without the imposition of costs and attorneys fees.

IT IS SO ORDERED, ADJUDGED AND DECREED.

This case is now closed for all statistical and administrative purposes.

In San Juan, Puerto Rico, this 12th day of January, 2010.

s/Daniel R. Domínguez
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE